ALVIN HIRSH, Doing Business as BUFFALO MERCHANDISE and as BUFFALO MERCHANDISE EXCHANGE, Appellant, v. HELEN KAMINSKI, Respondent.— Judgment affirmed, with costs. Memorandum: The plaintiff himself testified that the defendant had paid in full for the items delivered to the defendant. Thus, the plaintiff cannot succeed in this action to replevin those items inasmuch as title to them has passed to the defendant. The judgment appealed from dismissing the plaintiff's complaint in this replevin action, of course, does not foreclose the plaintiff from pursuing his pending action for breach of contract. All concur. (Appeal from a judgment dismissing the complaint in an action in replevin.) Present — McCurn, P. J., Vaughan, Kimball, Piper and Wheeler, JJ.

■

MYER HODES, Respondent, v. JACK STEIN et al., Individually and Doing Business as STEIN AND ROBIN, Appellants.— Order affirmed, with $10 costs and disbursements. All concur. (Appeal from an order denying defendants' motion to (Appeal from a judgment dismissing the complaint in an action in replevin.) Kimball, Piper and Wheeler, JJ.

■

GAMLER REALTY CORP., Respondent, v. JOSEPH MRUK, as Mayor of the City of Buffalo, et al., Defendants, and JOHN MANZELLA, Appellant.— Order affirmed, without costs of this appeal to any party. All concur. (Appeal by intervener Manzella from an order directing the removal of a bootblack stand on a sidewalk on a street in the city of Buffalo, and restraining the intervener, operator from interfering with the removal of the stand.) Present — McCurn, P. J., Vaughan, Kimball, Piper and Wheeler, JJ.

■

NIAGARA JUNCTION RAILWAY COMPANY, Appellant, v. ERIE RAILROAD COMPANY, Respondent.— Judgment affirmed, with costs. All concur, except Kimball and Piper, JJ., who dissent and vote for reversal and for judgment for plaintiff in the stipulated amount on the ground that the legal presumption cannot be overcome without facts upon which an express contract can be found and no such facts are found here. (Appeal from a judgment dismissing the complaint in an action for breach of contract and trespass.) Present — McCurn, P. J., Vaughan, Kimball, Piper and Wheeler, JJ.